# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JASON J. LULL,**

    *Petitioner*,

**v.**                             **Case No.: 4:26cv172-MW/MAF**

**STATE OF FLORIDA,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** this case to the United States District Court for the Middle District of Florida, Jacksonville Division, and close the file.

**SO ORDERED on August 10, 2026.**

                        **s/Mark E. Walker**_____
                        **United States District Judge**